UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Magistrate's Docket No. 19-9125 |
| | : |
| | : Misdemeanor Class A |
| v. | : |
| | : |
| ROBERT STREET | : |

Offense on a Federal Reservation

Before The Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on Federal Property under the provisions of 18 U.S.C. § 3401, personally appeared this day Andrew Trombly, Assistant United States Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

On or about the 17th day of May 2019, in the Judicial District of New Jersey, Robert Street did knowingly and intentionally possess a controlled substance, namely Heroin, in violation of 21 U.S.C. § 844(a).

Further this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

ANDREW TROMBLY
Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

DATE 7/25/19

HONORABLE ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

7/25/19  NK  8/29/19